UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Civil Action Number: 1:17-cv-22342-KMW**

ANDRES GOMEZ,

    Plaintiff,

v.

WALLACE CORPORATION
d/b/a Richmond Hotel and
www.richmondhotel.com,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsel that the above-captioned action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear its own attorneys' fees, costs and expenses.

Dated this 6th day April, 2018.

| | |
|---|---|
| *s/ Scott R. Dinin* | *s/ Robert S. Fine* |
| Scott R. Dinin, Esq. | Robert S. Fine, Esq. |
| SCOTT R. DININ, P.A. | GREENBERG TRAURIG P.A. |
| 4200 NW 7th Avenue | 333 S.E. 2nd Ave, Suite 4400 |
| Miami, Florida 33127 | Miami, Florida 33131 |
| Tel: (786) 431-1333 | Telephone: (305) 579-0500 |
| Fax: (786) 513-7700 | Facsimile: (305) 579-0717 |
| E-mail: inbox@dininlaw.com | E-mail: finer@gtlaw.com, galbor@gtlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |