UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-cv-22342-WILLIAMS

ANDRES GOMEZ,

    Plaintiff,

vs.

WALLACE CORPORATION D/B/A
RICHMOND HOTEL,

    Defendant.

_____/

### ORDER DISMISSING CASE

**THIS MATTER** is before the Court upon the Parties' joint stipulation for dismissal with prejudice. (DE 18). Upon review of the stipulation and the record, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs. All pending motions are **DENIED AS MOOT**. All hearings, trial settings, and deadlines are **CANCELED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 5th day of July 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE